
ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA             :
                                     :    NOTICE OF INTENT TO FILE
        - v. -                       :    INFORMATION
                                     :
YOCELYN ORTIZ                        :
                                     :    07 Cr.
                                     :
              Defendant.             :    08CRIM 012
- - - - - - - - - - - - - - - - - -x

**JUDGE CHIN**

        Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:    New York, New York
          December 19, 2007

                                MICHAEL J. GARCIA
                                United States Attorney

                        By:     PM / Iris Lan
                                _____
                                PARVIN MOYNE/IRIS LAN
                                Assistant United States Attorneys

                                AGREED AND CONSENTED TO:

                        By:     _____
                                DANIEL NOBEL
                                Attorney for YOCELYN ORTIZ

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/19/07

11/19/07 WHEEL A