```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA                           JUDGE CHIN

        - v. -                        :     INFORMATION

YOCELYN ORTIZ,                        :     08 Cr. ___ (DC)

                                      :     08 CRIM  012
              Defendant.
                                      :
- - - - - - - - - - - - - - - - - -x
```

COUNT ONE

The United States Attorney charges:

1. On or about August 4, 2007, in the Southern District of New York, YOCELYN ORTIZ, the defendant, unlawfully, intentionally, and knowingly, used a communication facility in committing and in causing and facilitating the commission of an act constituting a felony under subchapter I of Title 21, United States Code, to wit, ORTIZ used, and aided and abetted the use of, a telephone in committing the felony of distributing and possessing with intent to distribute cocaine, in violation of Title 21, United States Code, Sections 812, 841(a)(1), and 841(b)(1)(C).

(Title 21, United States Code, Section 843(b); Title 18, United States Code, Section 2.)

*Michael J. Garcia* (signature)
MICHAEL J. GARCIA
United States Attorney

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
JAN 0 2 2008

Form No. USA-33s-274 (Ed. 9-25-58)

---

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

- v. -

YOCELYN ORTIZ,

Defendant.

---

INFORMATION

08 Cr. ___ (DC)

(Title 21, United States Code,
Section 843(b); Title 18, United
States Code, Section 2.)

MICHAEL J. GARCIA
United States Attorney.

---

1-2-08 Deft. pres. with attorney Mr. Noble, A.U.S.A. Ms. Lan pres. Court reporter pres, interpreter pres. Deft. withdraws plea of not guilty and enters a plea of guilty to Count # 1. P.S.I. ordered. Sentence date set. Judge Pitman recommends that J. Chin accept the plea.

Pitman
U.S.M.J