JUDGE CHIN

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA              :

    - v. -                          **08 CRIM 012**

YOCELYN ORTIZ,                        :      08 Cr. ___ (DC)

         Defendant.                 :

- - - - - - - - - - - - - - - - -x

        YOCELYN ORTIZ, the above-named defendant, who is accused of violating Title 21, United States Code, Section 843(b) and Title 18, United States Code, Section 2, being advised of the nature of the charge against her and of her rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.



                                             _____
                                             Defendant

                                             _____
                                             Witness

                                             _____
                                             Counsel for Defendant

Date:     New York, New York
          January 2, 2008

0293