```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/18/2008
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA           :

      v.                              :        **ORDER**
                                                      08 Cr. 12 (DC)

YOCELYN ORTIZ,                     :

        Defendant.                 :

- - - - - - - - - - - - - - - - x

       WHEREAS, with the defendant's consent, his guilty plea allocution was taken before the Honorable Henry B. Pitman on January 2, 2008;

       WHEREAS, a transcript of the allocution was made and thereafter transmitted to the District Court; and

       WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the plea of guilty to Counts One of Information 08 Cr. 12 (DC) knowingly and voluntarily, and that there is a factual basis for the guilty plea,

       IT IS ORDERED that the defendant's guilty plea be, and hereby is, ACCEPTED.

Dated: January 18, 2008

                                                      The Honorable Denny Chin
                                                      United States District Judge